IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00277-PSF-MEH

TIMOTHY E. SLUDER,

    Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC, a Massachusetts corporation; and "MR. ELI," an unknown person,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

    The Court, having read the parties' Stipulation for Dismissal With Prejudice (Dkt. # 10) filed pursuant to F.R.Civ.P. 41(a)(1)(ii), and being fully advised in the premises, hereby enters the following ORDER:

    The above-captioned action is hereby DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorneys' fees.

    DATED: July 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge